

# IN THE
## TENTH COURT OF APPEALS

_____

## No. 10-11-00011-CV

## IN RE BNSF RAILWAY COMPANY

_____

## Original Proceeding

---

## MEMORANDUM  OPINION

---

The petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(d).


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed March 30, 2011
[OT06]